UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE SMITH,

    Plaintiff,

v.

WOODYS USED GRAIN BINS, INC., et al.,

    Defendants.

Case No. 25-cv-10056

Honorable Robert J. White

## ORDER OF DISMISSAL OF ALL CLAIMS BY ALL PARTIES

The Court having reviewed the Stipulation of the Parties attached to this Order and being fully advised in the premises;

**IT IS HEREBY ORDERED** that:

1. The claims of Plaintiff George Smith against Woodys Used Grain Bins, Inc, Randall Wood, Wolfe Brothers Farms, Kristopher Wolfe, and Anthony Wolfe have been resolved by Settlement and all of George Smith claims against Woodys Used Grain Bins, Inc, Randall Wood, Wolfe Brothers Farms, Kristopher Wolfe, and Anthony Wolfe are dismissed with prejudice.

2. The claims of Woodys Used Grain Bins, Inc. and Randall Wood, against George Smith, Wolfe Brothers Farms, Kristopher Wolfe, and Anthony Wolfe have been resolved by Settlement and of all of Woodys Used Grain Bins, Inc. and Randall Wood claims against George Smith, Randall Wood,

Wolfe Brothers Farms, Kristopher Wolfe, and Anthony Wolfe are dismissed with prejudice.

3. The claims of Wolfe Brothers Farms, Kristopher Wolfe, and Anthony Wolfe against, George Smith, Woods Used Grain Bins, Inc and Randall Wood have been resolved by Settlement and all of the claims of Wolfe Brothers Farms, Kristopher Wolfe, and Anthony Wolfe against George Smith, Woods Used Grain Bins, Inc and Randall Wood are dismissed with prejudice.

4. This is a Final Order that resolves all outstanding issues and claims in the case.

SO ORDERED.

Dated: January 5, 2026

s/Robert J. White
Robert J. White
United States District Judge